UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

CHRISTOPHER M SCHLUTER,
        Plaintiff,

v.                                                            Case No. 22-cv-0794

MILWAUKEE COUNTY DISTRICT ATTORNEY OFFICE,
        Defendant.

## ORDER

Magistrate Judge Nancy Joseph issued a decision recommending that this action be dismissed with prejudice for failure to prosecute. Under Federal Rule of Civil Procedure 72(b)(2) and General Local Rule 72(c), the plaintiff had 14 days to file written objections to the order. That time has expired and plaintiff has not filed an objection. Moreover, I have reviewed the order de novo and find that no part of it is erroneous or contrary to law.

**THEREFORE, IT IS ORDERED** that Magistrate Judge Joseph's Report & Recommendation (ECF No. 7) is **ADOPTED** in its entirety, this case is **DISMISSED**, and the Clerk of Court shall enter judgment accordingly.

Dated at Milwaukee, Wisconsin, this 20th day of March, 2023.

                                    /s/Lynn Adelman
                                    LYNN ADELMAN
                                    District Judge